# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-2878

_____

Abubakarr Fofanah,                        *
                                          *
                Petitioner,               *
                                          *
                                          *   Petition for Review of
        v.                                *   an Order of the Board
                                          *   of Immigration Appeals.
Eric H. Holder, Jr.,[1] United States     *
Attorney General,                         *
                                          *        [UNPUBLISHED]
                Respondent.               *

_____

Submitted: October 29, 2009
Filed: November 3, 2009

_____

Before WOLLMAN, RILEY, and SMITH, Circuit Judges.

_____

PER CURIAM.

Abubakarr Fofanah petitions for review of an order of the Board of Immigration Appeals (BIA) denying his April 2008 motion to reopen. After careful review, we conclude the BIA did not abuse its discretion in finding that Fofanah did not show materially changed country conditions warranting reopening. See 8 U.S.C. § 1229a(c)(7)(C)(i), (ii) (motion to reopen); Habchy v. Filip, 552 F.3d 911, 912-13 (8th Cir. 2009) (standard of review). Accordingly, we deny the petition.

_____

[1]Eric H. Holder, Jr., has been appointed to serve as Attorney General of the United States, and is substituted as respondent pursuant to Federal Rule of Appellate Procedure 43(c).

_____